**SO ORDERED.**

**TIFFANY & BOSCO** P.A.

Dated: April 13, 2010



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-10909

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Felipe Gonzales<br>        Debtors.<br>_____<br>Federal Home Loan Mortgage Corp.<br>        Movant,<br>   vs.<br>Felipe Gonzales, Debtors; Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:10-bk-02566-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #20)<br><br>Hearing Date: March 23, 2010 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated August 18, 2006, and recorded in the office of the Maricopa County Recorder wherein Federal Home Loan Mortgage Corp. is the current beneficiary and Felipe Gonzales have an interest in, further described as:

Lot 12, of HEATHER BELLE, according to Book 39 of Maps, Page 47, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

_____

UNITED STATES BANKRUPTCY JUDGE